UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA


STEVEN M. FREDRICKS,
                Plaintiff(s)                CASE NO. 10-cv-05758-SBA

      v.                                 STIPULATION AND [~~PROPOSED~~]
                                           ORDER SELECTING ADR PROCESS

SHELL OIL COMPANY, et al.
                Defendant(s).
_____/

      Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5.

The parties agree to participate in the following ADR process:

    **Court Processes:**
    ___    Non-binding Arbitration (ADR L.R. 4)
    ___    Early Neutral Evaluation (ENE) (ADR L.R. 5)
    ___    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

    **Private Process:**
   X    Private ADR (*please identify process and provider*)  private mediation, provider to be determined

The parties agree to hold the ADR session by:
    ___    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

   X    other requested deadline  180 days from the date of order referring case to ADR Process

Dated: 03/14/11                        /s/ Christopher Wood, Esq.
                                        Attorney for Plaintiff

Dated: 03/14/11                        /s/ Sam Dawood, Esq., /s/ David Strong, Esq.
                                         /s/ Jeff Fackler, Esq.
                                        Attorney for Defendant

**ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
\_\_\_	Non-binding Arbitration
\_\_\_	Early Neutral Evaluation (ENE)
	Mediation
_X\_\_	Private ADR

Deadline for ADR session
<u>X</u>\_\_	180 days from the date of this order.
\_\_\_	other	_____

IT IS SO ORDERED.

Dated: \_3-18-11_____	_____*Saundra B Armstrong*_____
	UNITED STATES DISTRICT JUDGE