1  ROGER A. DREYER, ESQ. / SBN: 095462
   CHRISTOPHER W. WOOD, ESQ. / SBN: 193955
2  **DREYER BABICH BUCCOLA WOOD, LLP**
   20 Bicentennial Circle
3  Sacramento, CA 95826
   Telephone:  (916) 379-3500
4  Facsimile:  (916) 379-3599
   rdreyer@dbbwlaw.com
5  cwood@dbbwlaw.com

6  Attorneys for Plaintiff

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                             OAKLAND DIVISION

11 STEVEN M. FREDRICKS,                    Case No.: CV 10-05758 SBA

12         Plaintiff,                      **ORDER ON STIPULATION FOR LEAVE
                                           TO FILE SECOND AMENDED
13         v.                              COMPLAINT**

14 SHELL OIL COMPANY d.b.a. SHELL
   MARTINEZ REFINING COMPANY,
15 PETROCHEM FIELD SERVICES, INC.,
   CERTIFIED SAFETY SPECIALISTS, LLC
16 and DOES 1 through 50, inclusive,

17         Defendants.

18

19     The parties having stipulated, it is hereby ordered that Plaintiff shall be allowed to file

20 his Second Amended Complaint.  **Plaintiff shall e-file his Second Amended Complaint**

21 **within two days of the date this Order is filed**.

22     IT IS SO ORDERED.

23 DATED:  June 20, 2011

24

25 _____
       SAUNDRA BROWN ARMSTRONG
26     United States District Judge

27

28

-1-
**Order on Stipulation to File Second Amended Complaint**