UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STEVEN M. FREDRICKS, et al.<br><br>Plaintiff,<br><br>v.<br><br>EQUILON ENTERPRISES, LLC d.b.a. SHELL OIL PRODUCTS U.S., et al.<br><br>Defendants. | Case No. 4:10-cv-05758 SBA<br><br>XXXXXXXXX [PROPOSED] ORDER EXTENDING TIME TO SUBMIT MATTER TO ALTERNATIVE DISPUTE RESOLUTION |

THE COURT, UPON STIPULATION OF THE PARTIES AND DECLARATION OF COUNSEL, WITH GOOD CAUSE HAVING BEEN SHOWN, continues the deadline to submit this matter to ADR to December 13, 2011. XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

IT IS SO ORDERED.

DATED: 9/15/11

*Saundra B. Armstrong*
SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

- 1 -