1 | ROGER A. DREYER, ESQ. / SBN: 095462
2 | CHRISTOPHER W. WOOD, ESQ. / SBN: 193955
**DREYER BABICH BUCCOLA WOOD, LLP**
3 | 20 Bicentennial Circle
Sacramento, CA 95826
4 | Telephone:  (916) 379-3500
Facsimile:  (916) 379-3599

5 | Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| STEVEN M. FREDRICKS, | Case No.: CV 10-05758 SBA |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER REGARDING DISMISSAL OF DEFENDANT PETROCHEM FIELD SERVICES, INC.** |
| v. | |
| SHELL OIL COMPANY d.b.a. SHELL MARTINEZ REFINING COMPANY, PETROCHEM FIELD SERVICES, INC., CERTIFIED SAFETY SPECIALISTS, LLC and DOES 1 through 50, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel that Defendant PETROCHEM FIELD SERVICES, INC. ("PFS"), only, shall be dismissed from this action without prejudice.  This dismissal shall not preclude any claims or counterclaims subsequently brough against PFS by any other Defendant.  This stipulation is made pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

DATED: November ____, 2011      **DREYER BABICH BUCCOLA WOOD, LLP**

By:_____
CHRISTOPHER W. WOOD
Attorneys for Plaintiff

/////

-1-
**Stipulation Regarding Dismissal of Defendant Petrochem Field Services, Inc.**

DATED: November ___, 2011         **DAVIS WRIGHT TREMAINE,** LLP


By: _____
    JOSEPH ADDIEGO, III
    Attorneys for Defendant
    EQUILON ENTERPRISES LLC

DATED: November ___, 2011         **BRANSON, BRINKOP, GRIFFITH & STRONG,** LLP


By: _____
    DAVID L. STRONG
    Attorneys for Defendant
    PETROCHEM FIELD SERVICES, INC.

DATED: November ___, 2011         **MICHEL & FACKLER**


By: _____
    MICHAEL D. MICHEL
    Attorneys for Defendant
    CERTIFIED SAFETY SPECIALISTS

DATED: November ___, 2011         **DIMALANTA CLARK, LLP**


By: _____
    ANDREJ L. STOELTING
    Attorneys for Defendant
    UNITED/ANCO SERVICES, INC.

### ORDER

The parties having stipulated, the foregoing is approved and it is hereby ORDERED that Defendant PETROCHEM FIELD SERVICES, INC. shall be dismissed without prejudice.

Dated: 11/14/11                   _____
    SAUNDRA BROWN ARMSTRONG
    United States District Judge