1  Andrej L. Stoelting (SBN 225718)
   Lee W. Clark (SBN 175238)
2  Lisa A. Lenoci (SBN 138537)
   DIMALANTA CLARK, LLP
3  591 Redwood Hwy, Suite 2320
   Mill Valley, CA 94941-6022
4  (415) 381-2024 Telephone
   (415) 366-8298 Facsimile
5  als@dimalantaclark.com
   lwc@dimalantaclark.com
6  lal@dimalantaclark.com

7  Attorneys for Defendant
   UNITED/ANCO SERVICES, INC.

8

9               UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                    OAKLAND DIVISION

12  STEVEN M. FREDRICKS, et al.          Case No. 4:10-cv-05758 SBA

13           Plaintiff,                  **2nd STIPULATION AND ORDER
                                         EXTENDING DISCOVERY AND
14      v.                               PRETRIAL PREPARATION AND TO
                                         RESCHEDULE JURY TRIAL DATE**
15  EQUILON ENTERPRISES, LLC d.b.a.
    SHELL OIL PRODUCTS U.S., et al.      **[Civ.L.R. 6-1(b) 6-2]**
16
             Defendants.                 **Trial Date: April 9, 2012**
17

18

19          Pursuant to Civil Local Rule 6-1(b) and 6-2 of the United States District Court for the

20  Northern District of California, it is hereby stipulated by and between Plaintiff Steven M.

21  Fredricks ("Plaintiff"); Defendant Equilon Enterprises, LLC ("Equilon"); Defendant Certified

22  Safety Specialists ("Certified"); and Defendant United/Anco Services, Inc. ("United/Anco"), by

23  and through their respective counsel of record, as follows:

- 1 -
**STIPULATION AND ORDER EXTENDING DISCOVERY AND PRETRIAL
PREPARATION AND RESCHEDULE JURY TRIAL DATES**
Case No. 4:10-CV-05758 SBA

1   The parties have stipulated that, upon approval of the Court, dates set forth in this Court's

2   April 27, 2011 Amended Order for Pretrial Preparation (the "April 27, 2011 Order") may be

3   extended as follows:

4   **A.   DEADLINE FOR JOINDER OF PARTES/AMENDING THE PLEADINGS**

5   The deadline for joinder of parties and amending pleadings has expired and will not be

6   affected by this amended order.

7   **B.   DISCOVERY CUT-OFF**

8   On **June 1, 2012**, all non-expert discovery shall be completed, including all depositions,

9   and any discovery motions must be heard on or before **June 1, 2012**.

10   **C.   EXPERT DESIGNATION AND DISCOVERY**

11   On or before **June 1, 2012**, plaintiff shall disclose expert testimony and reports in

12   accordance with Federal Rule of Civil Procedure 26(a)(2) and on or before **June 1, 2012**,

13   defendants shall disclose expert testimony and reports in accordance with Federal Rule of Civil

14   Procedure 26(a)(2).  Rebuttal expert disclosures shall be served on or before **July 6, 2012**, and

15   expert discovery, including expert depositions, shall be completed on or before **September 4,**

16   **2012**.

17   **D.   MOTION CUT-OFF**

18   All motions, including dispositive motions, shall be heard on or before **July 24, 2012**, all

19   such motions to comply with the details of motion procedure as detailed in the April 27, 2011

20   Order for pretrial preparation.

21   **E.   MANDATORY SETTLEMENT CONFERENCES**

22   All parties shall attend and participate in a mandatory settlement conference with a

23   Magistrate Judge in the period between **August 15, 2012 – September 4, 2012**.

---

- 2 -

**STIPULATION AND ORDER EXTENDING DISCOVERY AND PRETRIAL**
**PREPARATION AND RESCHEDULE JURY TRIAL DATES**
Case No. 4:10-CV-05758 SBA

**F.      PRETRIAL CONFERENCE**

All counsel who will try the case shall appear for a pretrial conference in Courtroom 3 on October 9, 2012, at 1:00 pm.

**G.      PRETRIAL PREPARATION**

        **1.      Meet and Confer**

No later than **September 4, 2012** (35 calendar days prior to the pretrial conference), counsel shall meet and confer in good faith as detailed in the April 27, 2011 Order.

        **2.      Trial Documents**

No later than **September 11, 2012** (28 calendar days prior to the pretrial conference), counsel shall serve and file the following as detailed in the April 27, 2011 Order:

                a.      Joint Pretrial Statement;

                b.      Trial Briefs;

                c.      Findings of Fact (if applicable);

                d.      Witness List;

                e.      Designation of Discovery Excerpts;

                f.      Jury Instructions;

                g.      Jury Voir Dire and Verdict Forms; and

                h.      Exhibits.

        **3.      Motions in Limine and Objections to Evidence**

No later than **September 18, 2012 (**21 calendar days prior to the pretrial conference) shall file and serve Motions in Limine and/or Objections to Evidence as detailed in the April 27, 2011 Order.

//

---

**STIPULATION AND ORDER EXTENDING DISCOVERY AND PRETRIAL PREPARATION AND RESCHEDULE JURY TRIAL DATES**
Case No. 4:10-CV-05758 SBA

       4.     <u>Responses to Motions in Limine and Objections to Evidence</u>

      No later than **September 25, 2012** (14 calendar days prior to the pretrial

conference) responses to motions in limine and/or objections to evidence shall be filed and

served as detailed in the April 27, 2011 Order.

       5.     <u>Replies to Motions in Limine and Objections to Evidence</u>

      No later than **October 2, 2012** (7 calendar days prior to the pretrial conference)

replies to motions in limine and/or objections to evidence shall be filed and served as detailed in

the April 27, 2011 Order.

**H.**     **TRIAL DATE**

      Trial before the *JURY* will begin on **October 15, 2012**, at 8:30 am for an estimated **7-9**

trial days as detailed in the April 27, 2011 Order.  The trial will take place in Courtroom 1 of the

United States Courthouse, 1301 Clay Street, 4th Floor, Oakland, California, 94612.  *On the first*

*day of trial all parties are required to have someone personally present in the Court with full*

*Settlement Authority*.

**I.**     **TRANSCRIPTS**

Instructions set forth as detailed in the April 27, 2011 Order.

**J.**     **STATUS AND DISCOVERY CONFERENCES**

Instructions set forth as detailed in the April 27, 2011 Order.

**K.**     **SANCTIONS**

Admonition set forth as detailed in the April 27, 2011 Order.

**L.**     **ADR PROCESS**

      The parties to commence private ADR no later than **March 30, 2012** pursuant to Civil

L.R. 16-8 and ADR L.R. 3-5.

**STIPULATION AND ORDER EXTENDING DISCOVERY AND PRETRIAL**
**PREPARATION AND RESCHEDULE JURY TRIAL DATES**
Case No. 4:10-CV-05758 SBA

1    GOOD CAUSE EXISTS FOR THE REQUESTED AMENDMENT

2        Defendant United/Anco was served the second amended complaint on August 2, 2011

3    and upon the stipulation of the parties, the United/Anco answer was filed and served on

4    September 6, 2011.  Counsel has been diligently gathering information to provide responses,

5    prepare disclosures, retain and inform experts, and conduct a serious and meaningful evaluation

6    of the liability issues in the ensuing six weeks.  Counsel is now receiving and reviewing

7    documents and disclosures from the parties that have been in the case since its inception and

8    communicating with counsel almost daily.  Counsel have been courteous and professional in

9    providing information and still Defendant United/Anco is under serious time constraints to digest

10   the materials provided, identify and locate percipient witnesses, and obtain and process complex

11   medical records before meaningful discovery and depositions can commence.

12       This Court's April 27, 2011 Order setting forth the case schedule designated the

13   discovery cut-off to be December 30, 2011.  As Defendant United/Anco filed an answer on

14   September 6, 2011, the April 27, 2011 Order closing discovery ("all discovery shall be

15   completed and all depositions taken on or before 12/30/2011") does not provide United/Anco

16   with adequate time to perform a thorough evaluation and/or locate and prepare complete and

17   accurate discovery.  At present, it is counsel's understanding that no depositions have been set

18   since the witnesses are still being located and identified.  In meet and confer with all counsel it is

19   apparent that, despite diligent efforts to identify and locate knowledgeable witnesses, more time

20   would appreciably improve the information to all parties and better inform the mediation effort.

21       Upon the stipulation of the parties, this matter has been ordered to private alternative

22   dispute resolution. With continued diligent action by all counsel, the matter will proceed through

23   that ADR process by March 30, 2012.

- 5 -

**STIPULATION AND ORDER EXTENDING DISCOVERY AND PRETRIAL**
**PREPARATION AND RESCHEDULE JURY TRIAL DATES**
Case No. 4:10-CV-05758 SBA

1         This is the first request to modify the Court's scheduling order in this case.  This request

2    is brought in good faith and for good cause and upon the considered stipulation of all parties.

3    Though a trial date was previously set for April 9, 2012, and this extension will require the trial

4    date to be rescheduled, no party will suffer prejudice, the extension is appropriate to avoid

5    prejudice to the newly appearing party, United/Anco.  The Court is assured that counsel is

6    making all diligent efforts to move this case forward, and that this request is made because the

7    extended schedule will provide the parties with the necessary time to prepare for mediation

8    and/or trial.

9         IT IS SO STIPULATED.

10   Date: November 16, 2011                    DIMALANTA CLARK, LLP

11                                              /s/ Andrej L. Stoelting

12                                              _____
                                               By:  Andrej L. Stoelting
                                               Attorneys for Defendant
13                                             UNITED/ANCO SERVICES, INC.

14   Dated:  November 16, 2011                 DREYER BABICH BUCCOLA WOOD, LLP

15                                              /s/  Christopher W. Wood

16                                              _____
                                               By:  Christopher W. Wood
                                               Attorneys for Plaintiff
17                                             STEVEN M. FREDRICKS

18   Dated:  November 16, 2011                  DAVIS WRIGHT TREMAINE LLP

19                                              /s/  Sam N. Dawood

20                                              _____
                                               By:  Sam N. Dawood
                                               Attorneys for Defendant
21                                             EQUILON ENTERPRISES LLC,
                                                d/b/a SHELL OIL PRODUCTS U.S.

22

23

**STIPULATION AND ORDER EXTENDING DISCOVERY AND PRETRIAL
PREPARATION AND RESCHEDULE JURY TRIAL DATES**
Case No. 4:10-CV-05758 SBA

Dated:  November 16, 2011          MICHEL & FACKLER, A.P.C.

                                   /s/  Michael D. Michel

                                   _____
                                    By:  Michael D. Michel
                                    Attorneys for Defendant
                                    CERTIFIED SAFETY SPECIALISTS

        ORDER

        Pursuant to stipulation and for good cause appearing, the foregoing is approved and IT IS

SO ORDERED.

Dated: _11/17/11                   _Saundra B Armstrong_____
                                   SAUNDRA BROWN ARMSTRONG
                                   United States District Judge

---

- 7 -

**STIPULATION AND ORDER EXTENDING DISCOVERY AND PRETRIAL
PREPARATION AND RESCHEDULE JURY TRIAL DATES**
Case No. 4:10-CV-05758 SBA

## DECLARATION OF COUNSEL

I, ANDREJ L. STOELTING, do hereby declare as follows:

1.      I am admitted to practice before the United States District Court for the Northern District of California, in good standing, and a partner with Dimalanta Clark, LLP, counsel for Defendant UNITED/ANCO SERVICES, INC. ("United/Anco") in the above-captioned matter.

2.      On April 27, 2011, the Court issued an AMENDED ORDER FOR PRETRIAL PREPARATION in which the trial of the matter was set for April 9, 2012.

3.      On June 20, 2011, the Court granted plaintiff leave to file a second amended complaint in which United/Anco was named a defendant.

4.      On September 6, 2011, United/Anco first appeared in this action.  As a result of its recent appearance, United/Anco has not had adequate time to investigate plaintiff's claims or to conduct discovery, only recently having received prior documents and productions to evaluate.

5.      I have engaged all counsel in frequent discussions and appreciate their diligence in providing information and their patience as I have been attempting to locate percipient witnesses and responsive documents regarding the jobsite and plaintiff's incident.

6.      In speaking to all counsel, I can aver that each has agreed that fair play and due process for my client would best be served by modifying the current case schedule as set forth in the preceding stipulation so that meaningful mediation may be conducted and the parties may have adequate time to prepare for complete and thorough discovery and depositions.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 16th day of November, 2011, at Mill Valley, California.

/s/  Andrej L. Stoelting

_____
ANDREJ L. STOELTING

- 8 -

**STIPULATION AND ORDER EXTENDING DISCOVERY AND PRETRIAL PREPARATION AND RESCHEDULE JURY TRIAL DATES**
Case No. 4:10-CV-05758 SBA

1

## CERTIFICATE OF SERVICE

2        The undersigned certifies that a copy of the foregoing instrument was served upon the

3   attorneys of record of all parties to the above cause in accordance with Rule 5, Federal Rules of

4   Civil Procedure, through ECF on November 16, 2011.

5                                                    /s/ Andrej L. Stoelting

6                                         _____
                                          ANDREJ L. STOELTING

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

**STIPULATION AND ORDER EXTENDING DISCOVERY AND PRETRIAL
PREPARATION AND RESCHEDULE JURY TRIAL DATES**
Case No. 4:10-CV-05758 SBA