UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STEVEN M. FREDERICKS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>EQUILON ENTERPRISES, LLC d.b.a. SHELL OIL PRODUCTS U.S.,PETROCHEM FIELD SERVICES, INC., CERTIFIED SAFETY SPECIALISTS, LLC, UNITED/ANCO SERVICES, INC., and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No: C 10-05758 SBA<br><br>**ORDER GRANTING DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**<br><br>Dkt. 59, 66 |

　　The parties are presently before the Court on summary judgment motions filed by Defendant Certified Safety Specialist ("CSP"), Dkt. 59, and Defendant Equilon Enterprises, LLC dba Shell Oil Product ("Shell"), Dkt. 66. On August 3, 2012, Plaintiff filed a Statement of Non-Opposition in response to each motion. Dkt. 81, 82. Accordingly,

　　IT IS HEREBY ORDERED THAT CSB and Shell's respective motions for summary judgment are GRANTED. The Clerk shall close the file and terminate all pending matters.

　　IT IS SO ORDERED.

Dated: August 9, 2012

　　　　　　　　　　　　　　　　　　*Saundra B. Armstrong*
　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　United States District Judge