UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STEVEN M. FREDERICKS,<br><br>    Plaintiff,<br><br>    vs.<br><br>EQUILON ENTERPRISES, LLC d.b.a. SHELL OIL PRODUCTS U.S.,PETROCHEM FIELD SERVICES, INC., CERTIFIED SAFETY SPECIALISTS, LLC, UNITED/ANCO SERVICES, INC., and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No: C 10-05758 SBA<br><br>**AMENDED ORDER GRANTING DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**<br><br>**Supersedes Docket 83** |

   The parties are presently before the Court on summary judgment motions filed by Defendant Certified Safety Specialist ("CSP"), Dkt. 59, and Defendant Equilon Enterprises, LLC dba Shell Oil Product ("Shell"), Dkt. 66. On August 3, 2012, Plaintiff filed a Statement of Non-Opposition in response to each motion. Dkt. 81, 82. Accordingly,

   IT IS HEREBY ORDERED THAT CSB and Shell's respective motions for summary judgment are GRANTED. The action remains pending against Defendant United/Anco Services, Inc., and shall be reopened accordingly. All dates previously scheduled by the Court, as set forth in its Amended Order for Pretrial Preparation, filed April 27, 2011 (Dkt. 26), as amended on November 18, 2011 (Dkt. 45), shall be reinstated. However, the Amended Order for Pretrial Preparation is modified with respect to the

submission of motions in limine. Each side is to file all of their motions in limine in a single memorandum, not to exceed ten (10) pages in length. Each side shall file a single opposition brief, not exceed ten (10) pages, and a reply brief, not to exceed five (5) pages. This Order supersedes Docket 83.

IT IS SO ORDERED.

Dated: August 14, 2012

_Saundra B Armstrong_
SAUNDRA BROWN ARMSTRONG
United States District Judge