UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEVEN M. FREDRICKS

    Plaintiff(s),                                No. 10-05758 SBA (EDL)

    v.                                         ORDER EXCUSING ATTENDANCE
                                             AT SETTLEMENT CONFERENCE

SHELL OIL CO.

    Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL AND PARTIES OF RECORD:

On August 23, 2012, Defendant United/Anco's representative, Toby Landry, requested to be excused from personally appearing at the settlement conference scheduled for August 30, 2012. Defendant represented that Plaintiff did not oppose this request.

Upon consideration of the request, the Court finds good cause for excusing personal attendance. Therefore, it is hereby ORDERED that Mr. Landry be available by telephone from 1:30 p.m. Pacific Standard Time until further notice on August 30, 2012.

If the Court concludes that the absence of Mr. Landry is interfering with the settlement conference, the Court may continue the settlement conference and may order personal attendance by each party including Mr. Landry.

SO ORDERED.

Dated: August 23, 2012

                                                                  _____
                                                                  ELIZABETH D. LAPORTE
                                                                  United States Magistrate Judge