UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STEVEN M. FREDERICKS,<br><br>  Plaintiff,<br><br>  vs.<br><br>EQUILON ENTERPRISES, LLC d.b.a. SHELL OIL PRODUCTS U.S.,PETROCHEM FIELD SERVICES, INC., CERTIFIED SAFETY SPECIALISTS, LLC, UNITED/ANCO SERVICES, INC., and DOES 1 through 50, inclusive,<br><br>  Defendants. | Case No:  C 10-05758 SBA<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE** |

IT IS HEREBY ORDERED THAT the parties shall appear for a telephonic Case Management Conference on **September 6, 2012 at 2:45 p.m.**  Prior to the date scheduled for the conference, the parties shall meet and confer regarding:  a revised (shorter) time estimate for trial to reflect that only one defendant remains in this action, and consenting the jurisdiction of a Magistrate Judge of this Court.  Plaintiff's counsel is to set up the conference call with all the parties on the line and call chambers at (510) 637-3559.  NO PARTY SHALL CONTACT CHAMBERS DIRECTLY WITHOUT PRIOR AUTHORIZATION OF THE COURT.

IT IS SO ORDERED.

Dated: September 4, 2012

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge