UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STEVEN M. FREDERICKS, | Case No:  C 10-05758 SBA |
| Plaintiff, | **ORDER VACATING PRETRIAL CONFERENCE AND TRIAL DATE AND SETTING CASE MANAGEMENT CONFERENCE** |
| vs. | |
| EQUILON ENTERPRISES, LLC d.b.a. SHELL OIL PRODUCTS U.S.,PETROCHEM FIELD SERVICES, INC., CERTIFIED SAFETY SPECIALISTS, LLC, UNITED/ANCO SERVICES, INC., and DOES 1 through 50, inclusive, | |
| Defendants. | |

IT IS HEREBY ORDERED THAT the pretrial conference scheduled for October 16, 2012, and the trial date of October 17, 2012, are VACATED.  To reschedule these dates, the parties shall appear for a telephonic Case Management Conference on **November 14,  2012 at 2:45 p.m.**  At least seven days prior to the conference, the parties shall submit an updated, Joint Case Management Conference Statement which proposes new dates for trial.  Plaintiff's counsel is to set up the conference call with all the parties on the line, and call chambers at (510) 637-3559.  NO PARTY SHALL CONTACT CHAMBERS DIRECTLY WITHOUT PRIOR AUTHORIZATION OF THE COURT.

IT IS SO ORDERED.

Dated:  October 10, 2012

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge