UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STEVEN M. FREDERICKS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>EQUILON ENTERPRISES, LLC d.b.a. SHELL OIL PRODUCTS U.S.,PETROCHEM FIELD SERVICES, INC., CERTIFIED SAFETY SPECIALISTS, LLC, UNITED/ANCO SERVICES, INC., and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No:  C 10-05758 SBA<br><br>**ORDER OF CONDITIONAL DISMISSAL** |

　　The Court having been notified of the settlement of this action, and it appearing that no issue remains for the Court's determination,

　　IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED with prejudice.  In the event that the settlement is not reached, any party may move to reopen the case and the trial will be rescheduled, provided that such motion is filed within 90 days of this order.  All scheduled dates, including the trial and pretrial dates, are VACATED.

　　IT IS SO ORDERED.

Dated:  December 5, 2012

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge