UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STEVEN M. FREDERICKS,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>EQUILON ENTERPRISES, LLC d.b.a.<br>SHELL OIL PRODUCTS<br>U.S.,PETROCHEM FIELD SERVICES,<br>INC., CERTIFIED SAFETY SPECIALISTS,<br>LLC, UNITED/ANCO SERVICES, INC., and<br>DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No:  C 10-05758 SBA<br><br>**ORDER ENLARGING DEADLINE<br>TO REOPEN ACTION** |

　　　Good cause appearing,

　　　IT IS HEREBY ORDERED THAT the deadline to request the Court to reopen the action is ENLARGED to June 5, 2013.

　　　IT IS SO ORDERED.

Dated:  March 5, 2013

_Saundra B Armstrong_
SAUNDRA BROWN ARMSTRONG
United States District Judge